# PRODUCTION OF COURT ORDERED TRANSCRIPT

**Case Style:** WILLIAM HARE, PATRICIA HARE -vs- WELLS FARGO BANK

**Case No:** 2:12-cv-435-FtM-99SPC

**To:** R Joy Stancel, Official Court Reporter

Specific Proceeding (or portion thereof) for which the transcript is required:

**Motion Hearing**

Transcript ordered for use by:

**The Court**

Type of transcript requested:

**14-Day Transcript @ $4.25 per page**

Judge ordering transcript:

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

20th day of August, 2012

---

**TO: CLERK OF COURT (ATTENTION: JASMINE JORDAN)**

The Transcript ordered above has been completed and delivered to _____

_____. Payment by the Clerk of Court is hereby requested.

No. of pages: _____  Page Rate: _____  Total Amount: _____


_____                    _____
Date                                          Court Reporter Signature