```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION
```

WILLIAM HARE and TIFFANY HARE,

        Plaintiffs,

v.                          Case No. 2:12-cv-435-FtM-UA-SPC

WELLS FARGO BANK, N.A.,

        Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to the August 20, 2012, Report and Recommendation of Sheri Polster Chappell, United States Magistrate Judge (Doc. # 18), in which Judge Chappell recommends that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss, Motion to Vacate Order Granting Emergency Temporary Restraining Order, and Motion for Sanctions (Doc. #16) be granted in part and denied in part. Specifically, Judge Chappell recommends that Defendant's request to dismiss the action be granted based on this Court's lack of jurisdiction, that Defendant's request to vacate the Temporary Restraining Order be denied as moot, given that the TRO expired by its terms on August 20, 2012, at 5:00 p.m., and that Defendant's request for sanctions be denied without prejudice. Judge Chappell further recommends that Plaintiff's Motion for Preliminary Injunction (Doc. # 2) be denied and Plaintiff's Motion to Enforce Settlement Agreement (Doc. # 5)

be terminated and the Clerk directed to thereafter close the case.

As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual

findings and legal conclusions of Judge Chappell and adopts the recommendation of Judge Chappell.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Sheri Polster Chappell, United States Magistrate Judge (Doc. # 18), is **ACCEPTED** and **ADOPTED.**

(2) Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss, Motion to Vacate Order Granting Emergency Temporary Restraining Order, and Motion for Sanctions (Doc. #16) is **GRANTED IN PART AND DENIED IN PART**, as follows:

   (a) Defendant's Motion to Dismiss the action is **GRANTED** based on this Court's lack of jurisdiction;

   (b) Defendant's Motion to Vacate Order Granting Emergency Temporary Restraining Order is **DENIED AS MOOT,** given that the TRO expired by its terms on August 20, 2012, at 5:00 p.m.; and

   (c) Defendant's Motion for Sanctions is **DENIED WITHOUT PREJUDICE.**

(3) Plaintiff's Motion for Preliminary Injunction (Doc. # 2) is **DENIED.**

(4) The Clerk is directed to **TERMINATE** Plaintiff's Motion to Enforce Settlement Agreement (Doc. # 5) and thereafter, to **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Ft. Myers, Florida, this <u>10th</u> day of September, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record